

FILED

AUG 3 0 2018

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF INFORMATION ASSOCIATED WITH AvisAllianceCapitalLLC@gmail.com THAT IS STORED AT PREMISES CONTROLLED BY GOOGLE, INC. | Case 1:18-sc-02738<br>Assigned To: Magistrate Judge G. Michael Harvey<br>Date Assigned: 8/30/2018<br>Description: Search/Seizure Warrant |

### ORDER SEALING WARRANT AND RELATED DOCUMENTS AND REQUIRING NON-DISCLOSURE UNDER 18 U.S.C. § 2705(b)

The United States has filed a motion to seal the above-captioned warrant and related documents, including the application and affidavit in support thereof and all attachments thereto and other related materials (collectively the "Warrant"), and to require Google, Inc. ("Google"), an electronic communication service provider and/or a remote computing service, not to notify any person of the existence or contents of the Warrant pursuant to 18 U.S.C. § 2705(b) for 180 days, or until further order of the Court, whichever is sooner.

The Court finds that the United States has established that a compelling governmental interest exists to justify the requested sealing, and that there is reason to believe that notification of the existence of the Warrant will seriously jeopardize the investigation, including by giving targets an opportunity to flee from prosecution, destroy or tamper with evidence, change patterns of behavior, or intimidate potential witnesses. *See* 18 U.S.C. § 2705(b).

IT IS THEREFORE ORDERED that the motion is hereby GRANTED, and that the warrant, the application and affidavit in support thereof, all attachments thereto and other related materials, the instant motion to seal, and this Order be SEALED until further order of the Court; and

FURTHER ORDERED that, pursuant to 18 U.S.C. § 2705(b), Google, Inc. and its employees shall not disclose the existence or content of the Warrant to any other person (except

attorneys for Google, Inc. for the purpose of receiving legal advice) for a period of 180 days or until further order of the Court, whichever is sooner.

8/30/2018
Date

G. Michael Harvey
United States Magistrate Judge