AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched or identify the person by name and address)*<br><br>INFORMATION ASSOCIATED WITH AvisAllianceCapitalLLC@gmail.com THAT IS STORED AT PREMISES CONTROLLED BY GOOGLE, INC. | ) ) ) ) ) ) ) | Case 1:18-sc-02738<br>Assigned To: Magistrate Judge G. Michael Harvey<br>Date Assigned: 8/30/2018<br>Description: Search/Seizure Warrant |

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____Northern_____ District of _____California_____
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B.

YOU ARE COMMANDED to execute this warrant on or before _____9/13/18_____ *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.   ☑ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____United States Magistrate Judge G. Michael Harvey_____
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____

Date and time issued: 08/30/2018 3:00 pm   _____[signature]_____
*Judge's signature*

City and state: Washington, D.C.   United States Magistrate Judge G. Michael Harvey
*Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return |||
|---|---|---|
| Case No.: <br> 1:18-sc-02738 | Date and time warrant executed: <br> Sep 4, 2018, 9:57AM | Copy of warrant and inventory left with: <br> N/A, files provided electronically by Google LLC |
| Inventory made in the presence of : <br> N/A |||
| Inventory of the property taken and name of any person(s) seized: <br><br> Emails associated with the email address AvisAllianceCapitalLLC@gmail.com |||

**FILED**
OCT 24 2018
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: Oct 24, 2018

_Jeffrey Weeks_
Executing officer's signature

Jeffrey Weeks, Special Agent, FBI
Printed name and title